## CAMPBELL *et al.* v. MULLEN.

No. 2739.   Opinion Filed September 2, 1913.

(135 Pac. 1191.)

*Error from District Court, Jefferson County;*
*Frank M. Bailey, Judge.*

.   Action by J. S. Mullen against Frank Campbell and A. A. Spring. Judgment for plaintiff, and defendants bring error. Dismissed.

Opinion by HARRISON, C. The petition in error and case-made were filed in this court June 13, 1911. The cause was assigned for submission March 17, 1913. No briefs having been filed, the action is deemed to have been abandoned, and the appeal should be dismissed.

·     By the Court: It is so ordered.